**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| THOMAS LUCEY, Derivatively on Behalf of Nominal Defendant 2U, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER J. PAUCEK, et al., <br> Defendants, <br><br> and <br><br> 2U, INC., <br><br> Nominal Defendant. | Case No. 1:20-cv-02424-GLR |

## STIPULATION AND ORDER REGARDING
## EXTENSION OF COURT'S ORDER STAYING CASE

Plaintiff Thomas Lucey ("Plaintiff"), derivatively on behalf of nominal defendant 2U, Inc. ("2U"), and defendants Christopher J. Paucek, Catherine A. Graham, Harsha Mokkarala, Paul A. Maeder, Robert M. Stavis, Gregory K. Peters, Timothy M. Haley, Valerie B. Jarrett, Earl Lewis, Coretha M. Rushing, Sallie L. Krawcheck, John M. Larson, Edward S. Macias, Alexis Maybank, and Mark J. Chernis (collectively the "Individual Defendants" and, together with 2U and Plaintiff, the "Parties") jointly submit this Stipulation to extend the stay of this action for an additional sixty (60) days, and in support thereof state as follows:

WHEREAS, on August 21, 2020, Plaintiff filed this putative stockholder derivative action (the "Action") on behalf of 2U asserting claims for breach of fiduciary duty, contribution, and insider trading against the Individual Defendants;

WHEREAS, on September 3, 2020, the Court entered an order that temporarily stayed the proceedings in this Action until final resolution of the motion to dismiss in the Securities Class Action (Dkt. No. 6, the "Stay Order")[1];

WHEREAS, pursuant to the Stay Order, Plaintiff in this Action is required to file an amended complaint or designate an operative complaint sixty (60) days after the stay is lifted;

WHEREAS, on August 5, 2021, the motion to dismiss in the Securities Class Action was denied, lifting the temporary stay in this Action;

WHEREAS, on October 4, 2021, Plaintiff filed a verified amended complaint (Dkt. No. 18);

WHEREAS, on October 6, 2021, the Court granted the Parties' request to stay the Action for thirty (30) days to allow the Parties to this Action to engage in discussions regarding a possible mediation of this Action, the related Securities Class Action, and two related shareholder derivative actions pending in other jurisdictions (Dkt. No. 22);

WHEREAS, on November 5, 2021, the Court granted the Parties' request to extend the stay of the Action for sixty (60) days to continue to work in good faith to discuss and work to schedule the potential mediation (Dkt. No. 25);

WHEREAS, on January 5, 2022, the Court granted the Parties' request to extend the stay of the Action for sixty (60) days to continue to work in good faith to discuss and work to schedule the potential mediation (Dkt. No. 27);

WHEREAS, the relevant parties to the Securities Class Action are scheduled to mediate on April 5, 2022; and

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stay Order.

WHEREAS, the Parties believe the administration of justice is best served by staying the Action for an additional sixty (60) days to allow the relevant parties to attempt to resolve the Securities Class Action, which may affect this Action.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, through their undersigned counsel, subject to the Court's approval, as follows:

1.      The proceedings in this Action, including all deadlines, hearings, and conferences, are temporarily stayed until sixty (60) days from the entry of this order.

2.      By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein.  This Stipulation is without prejudice to the right of any Defendant to raise any argument or defense of any kind concerning any of the claims in this Action.  By entering into this Stipulation, each Defendant preserves all objections, arguments, defenses, and challenges of any kind to the claims in this Action.


Date: March 7, 2022                              Respectfully submitted,


*/s/ J. Christian Word*                          */s/ Andrew Radding*
J. Christian Word, Bar No. 26400          Andrew Radding, Bar No. 00195
LATHAM & WATKINS LLP                  ADELBERG, RUDOW, DORF & HENDLER, LLC
555 Eleventh Street, NW                        7 St. Paul Street, Suite 600
Suite 1000                                            Baltimore, Maryland 21202
Washington, D.C. 20004                        Telephone: (410) 986-0824
Telephone:(202) 637-2200                    Facsimile: (410) 986-082
Fax: (202) 637−2201                            aradding@adelberg.com
christian.word@lw.com

                                                       GLANCY PRONGAY & MURRAY LLP
*Attorneys for Defendants*                     Benjamin I. Sachs-Michaels
                                                       712 Fifth Avenue
                                                       New York, New York 10019
                                                       Telephone: (212) 935-7400
                                                       bsachsmichaels@glancylaw.com

                                                       Robert V. Prongay

Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
rprongay@glancylaw.com

*Counsel for Plaintiff Thomas Lucey*


IT IS SO ORDERED.

DATED: March 8, 2022

_____
/s/

HONORABLE GEORGE LEVI RUSSELL, III
UNITED STATES DISTRICT COURT